RECEIVED IN CLERK'S OFFICE
U S D C  Atlanta

MAR 1 1 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COUT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### _____Atlanta_____ DIVISION

**Valerie  Jean Williams**

Plaintiff pro se

v.

**Grady Memorial Hospital**

**South Fulton Behavioral Health**

Defendant(s)

**CIVIL ACTION FILE NO.**

**1:14-CV-0711**

For this Complaint, the Plaintiff, Valerie Jean Williams, states as follows:

# JURISDICTION

**This action arises out of Defendants' act or omission as a health care provider in which the treatment provided fell below the accepted standard of practice in the medical community and caused injury to the Plaintiff.**

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital  and South Fulton Behavioral Health

# PERSONAL INJURY
## Medical Malpractice
### (Nature)

I, Valerie J. Williams, believe that my right to Freedom of Speech has been violated.  I've voiced how I felt about healthcare.  If I sit back and don't speak up, I lose.  If I speak up, I'm punished.

I called and sent emails to The Fulton County Commissioners Office about the treatment at Grady Memorial Hospital.  I also tried to talk to someone in Patient Advocacy and The Executive Offices.

After a surgery, my body was no longer the same.  Today, I believe Grady Memorial Hospital performed a surgery on me, while I was asleep, without my knowledge and permission.  There have been other horrible incidents and Grady Memorial Hospital has been irresponsible.  I was never hospitalized after the abuses and malpractice.

On May 18, 2012, I sent another email to the Fulton County Commissioners Office.  On May 19, 2012, at The South Fulton Behavioral Health Center, the day after I called The Fulton County Board of Commissioners about the treatment at Grady Memorial Hospital, I was treated cruel and like an animal.  A "Dr. Whissell" was making accusations, stating that I think Fulton County is a bad place.

The accusations weren't true.  He said that I was all over the place and on expired medication, and I never had an appointment with him nor any doctor at that facility prior to that day.  I never discussed with him that I was taking expired medication.  He was degrading me in the lobby at the healthcare facility.  I was trying to call management, and while on the phone, I was ignored and transferred to different people.

I was given several different names of people in charge of South Fulton Behavioral Health. I was told to talk to Ms. Batth, and then I was told to talk to a "Mr. Simms", and over and over again.  During the process of being

Valerie Jean Williams, Plaintiff      **v.**     Grady Memorial Hospital and South Fulton Behavioral Health

transferred and the doctor yelling, my body felt numb, and I felt like I was temporarily unable to use parts of my body. The doctor wanted me to come to his office where he continued the bullying, intimidation and harassment.

None of the staff members assisted me and stood there and watched the abuse and humiliation. The doctor never allowed me to choose or refuse care, but forced me to go to his office as he continued to torture, intimidate, harass and humiliate me.

No one offered medication, prescription, and no one called an ambulance. I was left to wander and provide care for myself after the healthcare abuse. I tried to go to Grady Memorial Hospital for care, but it has been horrible. The State of Georgia didn't call me for a report or follow up. No one knows whether I had a seizure or stroke as a result of the healthcare abuse.

**March 20, 2012**

I started feeling pain in different parts of my body and went to Grady for examination, treatment and counseling. I went to ER because I thought that my blood pressure was high and I thought I would be safe there. When I went to the window, I was told that I had to pay a fee in order to get my blood pressure checked and I thought this was unreal.

I also went to the clinic and I was told that there weren't any same day appointments for that day. I went to the NIA project around 8:00 am and was told to come back. As stated earlier, it is unsure whether I had a seizure or stroke. It appears that there is a stigma and prejudice against certain patients. It is relevant that in the past there have been other incidents.

**March 21, 2012**

The following day, I went back to Grady to get a same day appointment. I was later seen by a doctor. I was released.

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital and South Fulton Behavioral Health

Today, I don't have medical insurance, and as a result of retaliations, abuses and malpractice, I have chest pain, uncontrollable body movements, numbness on the right side of my body, headaches, problems associated with lifting certain items, memory and vision problems and a feeling like I'm present during the time and place of the abuses and a feeling like the incidents are happening again. The thought of being at Grady memorial Hospital and South Fulton Behavioral Health is unthinkable.  I only have a menstrual cycle after I have sex or after I insert something in my vagina. I would like to go on with my life and put the following incidents behind me.

# MEDICAL

# MALPRACTICE

**2003**  I went to Grady for assistance because I was having pain and I was ignored several times. When I kept complaining and told them that I was tired of the pain, they insisted that I go to the 13th floor. I believe the 13th floor isn't the pain department, but a way to impose hate upon minority and unprivileged patients.

**2003**  After complaining again about stomach pain, I was sent to women's urgent care and was yelled at by a doctor during examination.

**2003**  I complained about the treatment in Grady's in ER department to Bonnie. The nurses were mean and prejudice. One was physically abusive and one was mentally and verbally abusive. I went to patient advocacy and talked to Bonnie. One nurse broadcasted information in the ER about my medical records. Another nurse was angry and grabbed my hand after I told her not to stick the needle in a certain part of my hand. I had a rash and didn't want to irritate it any further or harm myself.

**2003**  I didn't have insurance. I was homeless, and I couldn't afford to pay to see a doctor and pay for extensive care. I went to another funded clinic because I didn't expect to continue to go to Grady. At that facility, I was told to go to Grady for follow up. There are people who think that Grady should be a place for patients who are uninsured or can't afford medical or hospital fees.

**2003**  I had surgery at Grady, and after the surgery, I was burning and felt like a part of my body was on fire. I was in the hallway screaming and I kept telling them that I was having problems. Later someone came and gave me a prescription for cream and I was sent home. I **wasn't** hospitalized or given a follow-up appointment. I went to patient advocacy and talked to a lady named Bonnie. She said she would contact me and never did. The patient advocacy department closed after my complaint. I went back to see Bonnie and the office was no longer there. Bonnie wasn't there, and I was told that the patient advocacy department no longer existed. I had painful exams for years and I went about 5 years without a menstrual cycle after the surgery and incident.

## 2003/2004

*I filed for disability

## 2004

I was assigned a case manager in the COS department at Grady.  During this time, I was also trying to move into an apartment.  There was another homeless woman at a Women's Day shelter that told me of an apartment that I could possibly move into.

I was talking to my case manager, Ava Marshall, about it and some details of my intentions to move and the needed funding.  I went to another facility for help and the social worker at that facility told me that my case manager at Grady, Ava Marshall, told her that I had funds and I was getting General Assistance from the government.  I never received any funds, although I did apply.  I never gave my case manager the permission to discuss my medical records or personal business with anyone at a Women's facility.  I discussed this with Ava Marshall and she admitted that she told the other social worker, but she got the information from another individual.  I went to Ava Marhall's supervisor and reported the incident.  The social worker at a Women's facility never helped with the funding in order for me to move into housing.

## 2004-2007

I kept getting unannounced visits from the social workers at Grady.  One of them was my case manager, Ava Marshall.  I gave my case manager my telephone number.  I did have a cell phone, but she refused to call me. I felt as though my privacy was invaded and I didn't like being harassed.

## 2007/2008

At Grady and after attempts to perform exams, one day my clinician said that I needed to get pap smears at another location, because of the surgery at Grady, my pap smear exams were too painful for me, and it was difficult for her to perform the exams.

Furthermore, and later, Ms. Fears told me that she was scheduling a pap smear at Grady Hospital.  I went to the scheduled exam expecting them to do a pap smear, and little did I know, I was given anesthesia and was unconscious while staff at Grady watched and performed a surgery without my knowledge and consent.  Because I didn't

Valerie Jean Williams, Plaintiff        v.        Grady Memorial Hospital and South Fulton Behavioral Health

have insurance, I was a minority and a woman, and I was previously treated cruel in the past, they felt as though they could continue to do it. I had a reaction to the anesthesia and had chronic itching. I was yelling because the itching kept progressing.    Someone had to locate a doctor. I was given medication and later sent home. I **wasn't** admitted

into the hospital. I **wasn't** given a follow-up appointment. Today, I still have itching issues and I have to purchase cream for that purpose. I've never had a problem with itching before.

### 2009/2010

I continued to get medication at Grady.   At one of the pharmacies, a pharmacist kept telling me that I have to get Medicare. I asked, "Why?". She couldn't give me a reasonable answer. I still had to get my medication and she kept telling me that I had to get Medicare. I had to go to another pharmacy because she kept being confrontational and couldn't tell me why I had to get Medicare.  I asked her if **some patients** had to get Medicare or **all patients**.  She couldn't validate her reason for being confrontational.

### 2009/2010

I had a scheduled breast exam at Grady. While there, I told the examiner that it was hurting and she was mean, insensitive and uncaring, while she grabbed my breast and told me to keep still.

### June 2009

There was a drain pipe opening on the sidewalk in the City of Atlanta.  There weren't any signs or warnings in front of the hole. I didn't see the hole and my leg ended up in the hole while I was walking.

I called the ambulance and went to Grady to receive care.  Eventually, the stitches were removed too early.  I have a large scar on my leg and I'm still in pain.

Later, Grady stated that I didn't make a payment on the ambulance bill account. I went to Grady and took my copy of the receipt to the business office.  Although I had my

receipt and tried to talk to them, I was still harassed for the money. I was also paying on the account as agreed upon (which was $25.00 per month).

## 2009

I talked to a doctor about some family related issues that I was having. He was cruel and ignored me. He replied by saying, "I'm not giving you anymore medication". I never asked the doctor for medication. I was only trying to get help. He also asked,

"Do you feel like you want to hurt yourself or someone else"?. That was the last time that I saw the doctor and I decided to start looking for a facility that cares about their patients.

## 2010  Grady  Eye Clinic

It was hours of sitting. It was a long waiting period and I tried to talk to the employees at the desk, but I was being told to go back and sit down and they will call my name. After being there for so long, I went to the back to see if I could talk to a Doctor because I was getting tired.

I was told by a nurse that I couldn't go back there and to sit in the waiting area. I told her that I've been there for so long and I couldn't keep sitting there. I called the executive offices to complain. I was accused of using racial slurs and I never used a racial slur.

The nurse told me to go into a room where she closed the door so that she couldn't hear the complaint. After I told her how I felt, she told me to contact the government that issues the funding for that clinic and I did.

## April 28, 2010

I sent an email to John Eve's office. A woman named Alice Johnson from the Community Policy Administrator's office sent me an email requesting more information.

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital  and South Fulton Behavioral Health

## 2010

I was given a telephone number to Northside Behavioral Health. I met some interesting people and I was feeling optimistic. I was assigned a social worker. I was given medication and talked to a doctor there, and was told about some of the side effects and monitoring issues dealing with medication. One of the medications that I was previously prescribed at Grady can contribute to high cholesterol and another medication needs special monitoring.

I did have a history of high cholesterol while taking a medication at Grady. The medication also causes weight gain. While at Grady, I reached a weight of 205

pounds. I eventually told my doctor that I didn't want the medications that caused such problems.

An employee at Northside Behavioral health facility  told me that my medicine was ready at  the hospital pharmacy. I went to the pharmacy and some lady at the pharmacy was mean, arrogant, boisterous, and inflammatory in front of other patients or customers. She said that the medicine was expensive and wanted to know how I was going to pay for it. I called back to the behavioral health department and I believe they called the pharmacy and I got my medication.

**\*\*** Apparently people do talk about the patients and patients are judged and treated based upon their looks, income bracket, background, race and affiliations.

## 2010

After people couldn't seem to get their act together, I left Northside Hospital and Behavioral Health.

## 2011

I talked to a doctor at Grady, and it was mentioned that I needed to talk to someone about an incident dealing with 11 Alive News. I was pushed and verbally assaulted by a news camera man.

I was later assigned to therapy in the NIA unit which deals with violence against women. This was the first time that I received therapy.

### 2012

I was under stress and thought I should see a doctor and get a prescription for a stress reducer. I had appointments at the South Fulton Behavioral Health Center.

### March 18, 2012

I sent the following email to the Fulton County Commissioners:  "I have been trying to talk to someone in Grady Hospital Executive Offices, but I have been ignored and given

the cold shoulder. I was given another number to call, transferred and treated unbelievably horrible. I've been going through the harassment for weeks. Grady EMS continues to send the late notices and expects me to pay. I have been paying on a Grady Hospital EMS bill since 2009. The bill was $1, 700. First, I've tried to make payments and they refused to post payments to my account. They can be rude, and vindictive. Next, they imposed an apology and promised to compensate me for my troubles.

I still haven't received any refund or compensation. They still continued to send late notices. The last time I tried to submit a payment, they refused to take a payment. The only thing that I wanted to do was make a payment and if that is an offense, every hard working individual would probably be accused. I tried contacting the head of the EMS Department and I was ignored. I keep getting an excuse that there is something wrong with the system. In the meantime, I keep getting the late notices. Someone who works for the City of Atlanta, did personally tell me who, why and what this whole scenario is about".

### February 2012

I had my first appointment and I had my paperwork with me. I was told that the paperwork wasn't acceptable. I had to return another day.

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital  and South Fulton Behavioral Health

**At the next appointment,**

 I believe that I was told that my copay was **zero.**

I returned and I was told that I had to fill out paperwork.  I filled out the paperwork the best way that I could and I was told that I had to fill out more.  It seems like people were getting irritated with the questions that I was asking.

I was told that if I wanted the therapist to help me fill out the paperwork I could.  I said that would be fine.  I went to see the therapist.

After my appointment, I went home.

**One day before the next appointment,** I called and asked if I could have my co-payment fees put in writing because I wanted to make sure that I could budget my

money.  I was told that I could get it when I came in for the next appointment.  The next appointment was March 19, 2012.

**March 18, 2012**

I sent an email to The Fulton County Commissioners Office about the harassment that I was receiving from Grady Ambulance Services, concerning the ambulance bill that I was paying on.  Employees harassed me in the past after I agreed to pay them $25.00 per month.

**March 19, 2012**

 The following day, at the appointment at South Fulton Behavioral Health, I was treated cruel and like an animal.  A "Dr. Whissell" was making accusations that weren't true and degrading me in the lobby at the healthcare facility.  I was trying to call management, and while on the phone, I was ignored and transferred to different people.  I was given several different names of people in charge of South Fulton Behavioral Health. I was told to talk to Ms. Batth, then I was told to talk to a "Mr.

Simms", and over and over again. During the process of being transferred and the doctor yelling, my body felt numb, and I felt like I was temporarily unable to use parts of my body. The doctor wanted me to come to his office where he continued the bullying, intimidation and harassment.

None of the staff members assisted me and stood there and watched the abuse and humiliation. The doctor never allowed me to choose or refuse care, but forced me to go to his office as he continued to intimidate, harass and humiliate me.

No one offered medication, prescription, and no one called an ambulance. I was left to wander and provide care for myself after the healthcare abuse. The State of Georgia didn't call me for a report or follow up. No one knows whether I had a seizure or stroke as a result of the healthcare abuse.

## March 20, 2012

I started feeling pain in different parts of my body and went to Grady for examination, treatment and counseling. I went to ER because I thought that my blood pressure was high and I thought I would be safe there. When I went to the window, I was told that I had to pay a fee in order to get my blood pressure checked and I thought this was unreal.

I also went to the clinic and I was told that there weren't any same day appointments for that day. I went to the NIA project around 8:00 am and was told to come back. As stated earlier, it is unsure whether I had a seizure or stroke. It appears that there is a stigma and prejudice against certain patients. It is relevant that in the past there have been other incidents.

## March 21, 2012

The following day, I went back to Grady to get a same day appointment. I was later seen by a doctor. I was released.

## March 2012

I called to the South Fulton B.H. Facility to talk to Ms. Batth to tell her how I felt about the treatment. She asked if I was coming to the facility to talk to her and I stated that I wasn't because of the way that I was treated. I told her that I wanted to file a complaint and she said that a Mr. Simms was over the clinic.

## April 2012

I asked Tammy (at South Fulton B.H.) for my medical records and a complaint form. Tammy told me that she wasn't sending me any forms or records. Despite of what happened, she told me to come to the clinic and pick up my complaint form and records. I told Tammy and Ms. Batth that I wasn't going back to that clinic after the way I was treated. I also asked Ms. Batth for my records and a complaint form. She told me to get it from a "Mr. Simms". It appeared to be a game that they were playing.

## April 2012

Again, I was still in pain and feeling stressed. Again, I went to Grady to see a doctor. At the appointment I asked for medication, and I was told that I would have to get it from the psyc. clinic. Again, the psyc. department isn't the pain department. I also told the doctor that I once got a medication at the medical clinic and that is used for anxiety, stress and sleeplessness, but the doctor refused to write a prescription.

## April 2012

A healthcare petition was mailed to the Obama Administration.

## April 27, 2012

I mailed a Medical Release form to South Fulton Behavioral Health.

**April 2012**  I continued to take aspirin and vitamin B12. I thought it would help with the pain and stress.

Valerie Jean Williams, Plaintiff          v.      Grady Memorial Hospital and South Fulton Behavioral Health

**2012** A complaint was filed against Dr. Whissell

### May 1, 2012 While at Grady

I wasn't feeling well. My chest was hurting. I had my blood pressure checked and it was around156 over something, I told the nurse that I wasn't feeling well and that I think I should go for a walk. Then Dr. Barclay came walking out.  While in the room, I noticed that Dr. Barclay kept asking the same questions over and over again. I told Dr. Barclay that my chest was hurting and not to continue to ask me the same questions over and over again.

She also mentioned something that I never discussed with her in person neither anyone that works at that clinic or in the healthcare field or in public.   I felt like my privacy was being invaded. She also told me that I **didn't** test positive for illegal drugs.  I **never** asked for a drug test and neither did I agree to take a drug test.  She continued and laughed and smiled, along with some of her other co-workers.  One of them was Jay Crawley.  I did report it.  I was treated cruel and told to fill out a survey form.

I was also given a prescription for the same medication that caused the weight gain and high cholesterol and I refused to take it.  I also told the clinician that it was addicting, habit causing medication.

### May 18, 2012

I sent an email to the Fulton County Commissioners Office.

### May 24, 2012

I sent letter to the State of Georgia to inquire about the complaint that I filed against Dr. Whissell (South Fulton Behavioral Health).

## May/June 2012  (Grady B.H.)

My next appointment was here and I went to the location.  There was a sign there.  I just found out that the clinic was moved.  Dr. Barclay and others went to another location, at 10 Park Place S, S.E., Atlanta, GA  30303.  I had to try to find this location and try to focus on where I was going.  It was hard to try to remember the name of the street and read the map that was on the sign.  My world seemed cloudy.

At this next appointment, I was treated like trash by Jay Crawley at Intake.  He was talking down to me as though I was beneath him; asking me for the last 4 digits of my social security number while he was on the telephone.

## 2012

I wrote to the State of Georgia and told them I needed to see a doctor and I was still experiencing pain.  When I thought about the incident that took place on March 19, 2012, I would have headaches.  When I would talk about the incident, I would have chest pains.

## 2012

I wrote to the Medicare office asking them for help to see a doctor and told them my situation.

**2012**  I decided that I would no longer accept the care from unqualified and uncaring workers.  I went to Saint Josephs Mercy care because I was still experiencing pain.  After being ignored while trying to obtain records and my bill, and an employee acting as if I didn't want to pay, I felt the stigma of being a minority, in a certain class, and without qualified and caring healthcare workers.

Grady was contacting me after I no longer wanted any contact.  I went to Grady and told them that I do not desire care from their facilities.  I also called and sent letters to Grady, and sent letters to South Fulton Behavioral Health and Saint Joseph's Mercy Care.  Grady kept calling me and someone set up appointments for me to attend Grady.  I called Grady's security department and other departments.  I asked that my contact

information be removed from Grady.  I did contact the State of Georgia about actions in the healthcare areas.

I was referred to get a CT Scan because I was still having headaches.

### June 14, 2012

I went to get a CT Scan.

### July 2012

I started getting one-on-one counseling from The Link Counseling Center with a lady named Beth Jackson.

### September 24, 2012

I wrote a letter to the Georgia Department of Comm. Health and included bills that I incurred as a result of the abuse of March 19, 2012.

### October 31, 2012

I mailed a letter to the Department of Community Health.

### November/December 2012

I was still sleeping with a heat pad on my chest because I was still having chest pains.

### December 5, 2012

I had an appointment with a Cardiologist at the Atlanta Heart Group.

### 2013

It has been a while.  I was still having chest pains, headaches and pain in other parts of my body.  It was hard to talk and think about because it overwhelmed me. I still thought

Valerie Jean Williams, Plaintiff        v.     Grady Memorial Hospital and South Fulton Behavioral Health

about the incidents and it has affected my body in ways that other abuses haven't. No one from the City, County or State has called or tried to visit, check on me or offer care.

**January 16, 2013**

I sent an email to The Office of the Inspector General.

**January 28, 2013**

I sent an email again to The Office of the Inspector General.

**February 7, 2013**

I sent an email to Legislative & External Affairs.

**January 2014**

I'm thinking clearer. I'm feeling a little better and I want to go on with my life.   Some of the pain is gone.  I don't feel as though I can continue to go over the same bullshit with unqualified healthcare workers and criminals.  I couldn't believe what has happening to me, my life experiences and how this government has failed to acknowledge a woman, a minority, a mother of 2 children and an American citizen, and a human being.  I was denied medical records, medical care, and treated like a indigent animal that deserves

less than normal treatment and care.  Regardless of how others feel, I thought that I should continue to look for a lawyer.

Valerie Jean Williams, Plaintiff          v.      Grady Memorial Hospital and South Fulton Behavioral Health

## January 2, 2014

I tried to call people again at government offices, but I'm being ignored again and given different telephone numbers. I tried to contact workers at the South Fulton facility, but they kept trying to intimidate, harass and be irresponsible. Tammy said that Ms. B. Ms. Williams is over the facility and Ms. B. Williams isn't there. Now, Tammy said that it is a "Dr. Simms" who's there and I can talk to him if I want. I was transferred to a "Dr. Simms" and I told him that I sent a complaint, and I never heard from anyone at the clinic concerning the complaint, I was transferred to different people and I did tell him that I was taking legal action.

A Dr. Simms was denying that I filed a complaint and a healthcare petition. He was arrogant, rude, irresponsible and mentally abusive. He told me to give him the complaint over the telephone NOW, and if I wasn't going to give him the complaint over the telephone, he was going to hang up the phone. I thought that it was cruel considering all that I went through and now I have to go through the same thing over and over again.

## January 2, 2014

I sent an email to a Dr. Patrice Harris who oversees the Fulton County Behavioral Health Center.

## January 2, 2014

I sent an email to Charles Releford, the State of Georgia.

## January 2, .2014

I sent an email to Governor Nathan Deal.

## January 3, 2014

I called South Fulton Behavioral Health again and I was transferred to a Dr. Simms and it was the same scenario as yesterday.

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital and South Fulton Behavioral Health

## January 3, 2014

I contacted the County and left a message for a Dr. Patrice Harris and I sent emails to her before I talked to one of her assistants who said, "You waited 2 years to complain?" I told her that I did complain and I kept getting transferred and ignored. No one knows if I had a seizure or a stroke. I was left on my own to deal with the situation. She stated that she would tell Dr. Patrice that I called, and I decided to send an email to Dr. Patrice Harris. To be more specific, I sent more than one email to Dr. Patrice Harris.

## January 3, 2014

I faxed complaints to the State of Georgia Facilities Regulations Division.

## January 3, 2014

I faxed a letter to Georgia Composite Medical Board. I needed to file complaints, but I didn't have a complaint form.

## January 3, 2014

I mailed complaint to Grady against Dr. Barclay to a Grady Hospital clinic.

## January 3, 2014

I mailed complaint against Dr. Barclay to State of Georgia Composite Medical Board.

## January 6, 2014 @9:30 am

I Got a call from a Karolyn Kates at the Governor's office. She stated that I called on 1/2/14. She was responding to her the call by saying she is returning my call.

## January 6, 2014

I mailed a copy of a complaint against Dr. Simms to South Fulton Behavioral Health.

alerie Jean Williams, Plaintiff          v.          Grady Memorial Hospital and South Fulton Behavioral Health

## January 6, 2014

I mailed the complaint against Dr. Simms to State of Georgia Composite Medical Board.

## January 2014

I went to a law firm to talk to a lawyer.  I was told that I needed my medical records. While there, I stated that I asked for the records in 2012, but they refused to give the records to me.  I also admitted to healthcare workers at the facility that I wasn't going back to that facility after what happened in 2012.

## January 6, 2014

I called A Dr. Patrice's office again.  A Vivian Fowler answered the telephone.  I told her that I was told that I needed to get my medical records.  I stated that I had a conversation with Tammy & Ms. Batth about my records and how I was treated.  Vivian stated that she would try to talk to Dr. Patrice and see if the records could get delivered to the Health Department and I could possibly pick up the records there.

## January 7, 2014

I called Dr. Patrice's office again.  When I called Vivian, I asked her when I can pick up the records.  Vivian stated that a Dr. Patrice Harris wanted to talk to me.  I stated that I just wanted to pick up my records.  I also said that I was going through this since 2012

with that clinic and I had asked Tammy & Ms.Batth for my records in 2012 and they refused to give them to me.  Vivian and I agreed that I would pick up the records on Friday, Jan 10, 2014 @ 2:00 PM.

## January 10, 2014

I mailed a broader copy of my complaint to the State of Georgia, Facilities Regulations Division.

Valerie Jean Williams, Plaintiff          v.          Grady Memorial Hospital and South Fulton Behavioral Health

## January 10, 2014 around 10:00 am

## Contacted the FBI (1800) 225-5324

I held for an assistant after I listened to the announcements. Told them of the incidents and how I felt that these are hate crimes. I was asked my name and what city and state am I living in. I also told them that I'm not feeling well. I was told that I need to see a doctor.

## January 10, 2014

After I went to a law firm to talk to an Attorney, I was finally given my medical records through the Health Department from South Fulton Behavioral Health.

## January 17, 2014

I went to Saint Joseph's Mercy Care and requested my medical records. Byron gave me a medical release form to fill out and told me that my records should be ready in about 3 - five (5) days. Again, I was told that I owe money that I already paid. I felt like there wasn't anything that I could do to change people. He also wanted to know if I was returning to Saint Joseph's Mercy Care and I told him that I wasn't. He started talking about benefits and assistance for me if I would get a referral from that clinic. I feel like it's about my life, liberty, pursuit of happiness to include my health, safety and well being.

My priorities are my priorities. I can decide what I want to do with my life. When people abuse and use, they shouldn't be allowed to extend or offer unfit healthcare to human beings as a token.

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital and South Fulton Behavioral Health

## January 17, 2014

Karolyn Kates from the Governor's office, I called back, but someone by the name of "Angie answered and transferred me to a voicemail.  I still haven't talked to Karolyn Kates.

## January 22, 2014

I called again for a Karolyn Kates someone answered the phone and I told him that I was returning Karolyn's call.  I told him that I called before, but I got a voicemail.  I was transferred to the voicemail again and I left a message.

## January 23, 2014

I called for Karolyn Kates again and someone answered the telephone who said her name was Angiee.  She said Karolyn was at lunch and I stated that I could call back after she comes back from lunch.  I was told that she should be back in 1 hour.

## January 23, 2014

I called back for a Karolyn Kates and I was transferred to a voicemail.  I called back and told, who I believe was, Angiee, that I think Karolyn is busy with other clients and I got a voice mail again.  I stated that I'll wait for her to call me.

## January 27, 2014

I returned to St. Joseph's Mercy Care for medical records    Byron told me to wait; and he looked for my medical records and said that they weren't ready.  He told me to come back and ask for a Ms. Pat.

Valerie Jean Williams, Plaintiff      **v.**      Grady Memorial Hospital and South Fulton Behavioral Health

## January 31

I haven't gotten an apology from anyone from the city, county or state. I'm still without healthcare and I'm still experiencing health issues related to the abuse. There are harsh and irresponsible persons in this state who believe they are "important". The dirty politics and cruel practices in the government are entirely unfit for humanity.

### February 2014

I'm still taking aspirin and vitamin B12

### February 10, 2014

I sent complaint to the US DOJ by email concerning hate crimes

### February 10, 2014

I sent an email to the Office for Civil Rights

### February 10, 2014

I emailed complaints to the US Department of Health & Human Services (OCR)

**February 10, 2014**     Sent an email to the United Nations cp@ohchr.org

### February 11, 2014

I contacted the State of Georgia, Governor's office and told a "James" (at least that it who he said he was) that I received mail from the State of Georgia Composite Medical Board and I don't want to be contacted by them and they need to stop harassing me. I will not make copies of documents for them. They can make their own copies. I'm not doing their job for them. James said as long as I'm doing business with the state that I will be contacted. I thought he was rude and selfish.

### February 2014

I faxed complaints to the US Department of Justice Disability **Section**

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital and South Fulton Behavioral Health

## February 2014

I called Grady Memorial Hospital to try to tract my medical records and one employee was so rude, hateful and mean. She kept interrupting me while I was talking. I told her not to keep transferring me because I didn't want to have another seizure or stroke. She kept repeating my name over and over again while I was talking (Just like the doctor did at South Fulton behavioral Health). I later reported her to the supervisor, Adrian.

## February 2014

I faxed complaints to the US Department of Justice Criminal Section

## February 2014

I mailed complaints to the US Department of Justice concerning the healthcare abuse-hate crimes, criminal

## February 20, 2014

I sent a letter the Department of Health & Human Services, Washington, D.C. asking for reconsideration of one of the cases.

## February 21, 2014

I emailed complaints to the US Department of Justice –ADA

## Against the City, County & State

## February 3, 2014

I mailed a letter to Georgia State University PO Box 3999, ATL, GA 30302

## February 19, 2014

I mailed a letter The US Department of Justice-Law Enforcement Division

## March 2014

Sent email to the Department of Health & Human Services inquiring about my reconsideration letter

Valerie Jean Williams,  Plaintiff          v.      Grady Memorial Hospital  and South Fulton Behavioral Health

**March 2014**

I Sent email to the Department of Justice (ADA) concerning the complaints that I filed against Fulton county, South Fulton B.H., The Fulton County Board of Commissioners, Grady Memorial Hospital, The State of Georgia (Governor's Office, Georgia Composite Medical Board, and The Georgia Facilities Regulation Division

**March 3, 2014**

 Mailed Letters of Demand

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital  and South Fulton Behavioral Health

# PARTIES

## PLAINTIFF

**PRINTED NAME:** _Valerie Jean Williams_

**Valerie Jean Williams**

_PO Box 245_
_Atlanta, GA 30301_
_(404) 691-6167_

**SIGNATURE:** _Va_

**Valerie Jean Williams**

DATE: _3/11/2014_

## DEFENDANT(S)

**Grady Memorial Hospital**

**80 Jessie Hill Jr., Drive**

**Atlanta, Georgia  30303**

**(404) 616-1000**


**South Fulton Behavioral Health**

**1636 Connally Drive**

**East Point, GA  30344**

**(404) 762-4042**

Valerie Jean Williams, Plaintiff          v.     Grady Memorial Hospital  and South Fulton Behavioral Health

# LOCATION & TIMES

**2003-2014**

**Grady Memorial Hospital**

**80 Jessie Hill Jr., Drive**

**Atlanta, Georgia  30303**

**(404) 616-1000**


**2012-2014**

**South Fulton Behavioral Health**

**1636 Connally Drive**

**East Point, GA  30344**

**(404) 762-4042**

Valerie Jean Williams, Plaintiff          v.          Grady Memorial Hospital and South Fulton Behavioral Health

# **REQUEST FOR RELIEF**

I , Valerie Jean Williams, believe I have suffered emotionally, mentally, physically, and Psychologically. I would like a fair and just award. I would also like monies to pay for the past and future cost of healthcare, legal fees, and other fees related to this case. I want parties and defendants of Grady Memorial Hospital, South Fulton Behavioral Health and anyone that participated in the abuses and cover ups, to end contacting me by or through anyone or anything.  This includes restraining from harassing, intimidating, bullying, stalking or any type of controlling or violent behavior and from coming within 200 yards from me, my residence, or place of employment.

**DEFENDANTS**

**Grady Memorial Hospital**

**80 Jessie Hill Jr., Drive**

**Atlanta, Georgia 30303**

**(404) 616-1000**

      **AND**

**South Fulton Behavioral Health**

**1636 Connally Drive**

**East Point, GA 30344**

**(404) 762-4042**