FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Valerie Jean Williams
PO Box 245
Atlanta, Georgia  30301
(404) 691-6167

## UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT COURT
## ATLANTA GEORGIA

VALERIE JEAN WILLIAMS,

      Plaintiff,
      *(pro se)*

      v.

GRADY MEMMORIAL HOSPITAL
and SOUTH FULTON BEHAVIORAL
HEALTH CENTER

      Defendants,

CIVIL ACTION NO.

1:14-CV-0711- AT

## **AMEND COMPLAINT**

I, Valerie Jean Williams, as recently as April 22, 2014, discovered the

following:  The named Defendant, South Fulton Behavioral Health Center located

at 1636 Connally Drive, East Point, Georgia 30344, uses more than one name.  I

asked the employees for information in order to clear any misunderstandings

related to the named Defendant, South Fulton Behavioral Health Center.  I

contacted the Attorney, Marvin Harkins, who is an Attorney representing Fulton

County Government, in The Office Of The Fulton County Attorney.  I told him

that I talked to employees working for Fulton County Government.  I've been

traveling to different locations and making telephone calls.  Employees have

transferred me to locations and I have been given incorrect information and

ignored.  Employees also gave me different names for the named Defendant, South

Fulton Behavioral Health Center.   He stated that he checked the internet and the

name he has is South Fulton Community MH/MR/SA, also known as South Fulton

Mental Health, Mental Retardation & Substance Abuse.

I was able to retrieve information from internet, The Fulton County Library

on Forsyth Street in downtown Atlanta, Georgia; The Fulton County Courthouse

located at 185 Central Avenue, Atlanta, Georgia 30303, The Fulton County

Government Center,141 Pryor Street, SW, Atlanta, Georgia 30303.

I have retrieved the following names of the facility located at 1636 Connally

Drive, East Point, Georgia  30344:  South Fulton Behavioral Health Center,  Fulton

County Department of Mental Health, Developmental Disabilities and Addictive

Disease; South Mental Health Center,

2