FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 23 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **VALERIE JEAN WILLIAMS**<br>    Plaintiff pro se | **CIVIL ACTION NO.**<br>**1:14-CV-0711-WBH** |
| **V.** | |
| **GRADY MEMORIAL HOSPITAL**<br>**et al**<br>    **Defendant(s)** | |

## <u>NOTICE OF APPEAL</u>

I, Valerie Jean Williams am filing an appeal to claim 1:14-CV-0711-WBH because I believe the judgement Order to Dismiss claim 1:14-CV-0711-WBH is unfair and all of the facts and records weren't considered.

I'm including medical records and other documents. The records and documents should help show there is a failure to treat and properly diagnose, and inconsistencies in medical performances and records. There is also a pattern and trail of abuse that should be carefully addressed by the court. The facts are important and the plaintiff should receive fair and impartial judgement. The judgement should be handled by a court that overseas and

judges the City's, County's and State's reckless care and actions.  My impairments, health related problems and the actions performed by Grady Memorial Hospital and South Fulton Behavioral Health are unacceptable.

According to the Order to Dismiss on page 2 paragraph 2, I stated Grady operated on me without knowledge or consent. I complained about the surgery, (perhaps about something else) and staff at South Fulton berated me, made accusations against me and humiliated me and I attempted to complain further and was given the run-around or was ignored."

What I stated in my complaint, in document 3, pages 2-3, paragraphs 3-9 was: "After a surgery, my body was no longer the same.  Today, I believe Grady Memorial Hospital performed a surgery on me, while I was asleep, without my knowledge and permission.  A Dr. Whissell was making accusations, stating that I think Fulton County is a bad place".  The accusations weren't true.  He said that I was all over the place and on expired medication, and I never had an appointment with him nor any doctor at that facility prior to that day.  I never discussed with him that I was that I was was

2.

ignored and transferred to different people.  I was given several different  names of people in charge of South Fulton Behavioral Health, I was told to taking expired medication.  He was degrading me in the lobby at the healthcare facility.  I was trying to call management, and while on the phone, I talk to Ms. Bath, and then I was told to talk to a Mr. Simms", and over and over again.  During the process of being transferred and the doctor yelling, my body felt numb, and I felt like I was temporarily unable to use parts of my body.  The doctor wanted me to come his office where he continued the bullying, intimidation and harassment.  No one offered medication, prescription, and no one called an ambulance.  I was left to wander and provide care for myself after the healthcare abuse.  I tried to go to Grady Memorial Hospital for care, but it has been horrible.

According to the Order to Dismiss, page 2, paragraph 3,  I claimed I went to Grady Memorial Hospital Emergency Room but they would not see me her because I had an outstanding bill.  Then I went to a clinic at Grady, but they would not see until the next day.  When I was finally seen by a physician, he told me that he did not know whether I had suffered a stroke or

3.

seizure.  I also contacted various officials with Fulton County and State of  Georgia governments, but they did not respond.

What I stated in my complaint in document 3, on page 3, paragraphs 3-6 was: "March 19, 2012, The State of Georgia didn't call me,

for a report or follow-up.  No one knows whether I had a seizure or stroke as a result of the healthcare abuse.  March 20, 2012, I started feeling pain in different parts of my body and went to Grady for examination, treatment and counseling.  I went to ER because I thought that my blood pressure was high and I thought I would be safe there.  When I went to the window, I was told that I had to pay a fee in order to get my blood pressure checked and I thought this was unreal.   I was told that I had to pay a fee and I thought it was unreal.  I also went to the clinic and was told that there weren't any same day appointments for that day.  I went to the NIA project around 8:00 am and was told to come back .  March 21, 2012, the following day, I went back to Grady to get a same day appointment.  I was later seen by a doctor.  I was released".

4.

On this 23 Day of March 2015

**Prepared By**
Valerie Jean Williams

**(Plaintiff Pro Se)**
P.O. Box 245
Atlanta, Georgia 30301

5.